UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDA F. NEGRETE, as Conservator for EVERETT E. OW, on behalf of themselves and all others, similarly situated, | CASE NO. 05-CV-6838-CAS (MANx) [CLASS ACTION] |
| Plaintiffs, | |
| vs. | **FINAL JUDGMENT** |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, INC., | |
| Defendant. | |

1

1006198_1

| | | |
|---|---|---|
| 1 | | |
| 2 | CAROLYN Y. HEALEY, on behalf of themselves and all others, similarly situated, | CASE NO. 05-CV-8908-CAS (MANx) |
| 3 | | [CLASS ACTION] |
| 4 | Plaintiffs, | |
| 5 | | |
| 6 | vs. | |
| 7 | ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, INC., | |
| 8 | | |
| 9 | | |
| 10 | Defendant. | |

2

1006198_1

1  Based upon and subject to the class-wide settlement approved by the Court in
2 this Action and the Final Order: (1) Approving Class Action Settlement,
3 (2) Approving Class Counsel Attorneys' Fees and Class Counsel Expenses,
4 (3) Awarding Service Awards to Class Representatives, (4) Permanently Enjoining
5 Parallel Proceedings, and (5) Dismissing Action with Prejudice ("Final Order")[1]:
6  IT IS HEREBY ORDERED AND ADJUDGED that
7  (1) The Court has personal jurisdiction over all members of the Settlement
8 Class (defined below), subject matter jurisdiction over the claims in the above
9 captioned matters ("the Action"), and jurisdiction to approve the Settlement and the
10 Settlement Stipulation, filed August 22, 2014, and all Exhibits thereto (the
11 "Stipulation");
12  (2) The certified Class subject to and bound by this Final Judgment
13 ("Settlement Class") includes, subject to the exclusions listed below, the following
14 persons: (a) all persons except those excluded below, who, while age 65 or older and
15 between September 19, 2001 and November 21, 2006, purchased one or more
16 Settlement Annuities (as defined in the Stipulation) from Allianz Life either directly,
17 or through surrender (in whole or part) of an existing permanent life insurance policy
18 or annuity, or by borrowing against an existing permanent life insurance policy; (b) all
19 persons to whom an ownership interest in such Settlement Annuities was subsequently
20 assigned or transferred or who otherwise held any interest as an Owner; and (c)
21 Beneficiaries of such Settlement Annuities terminated by death on or before the
22 Annuity Status Date. ***Excluded from the Settlement Class*** are the following persons
23 (and all the subsequent owners, co-owners, and Beneficiaries of such persons'
24 Settlement Annuities): (i) purchasers who exercised their right to rescind the purchase
25 of their annuity contracts without penalty pursuant to the applicable "free look"

---

[1] The capitalized terms used in this Final Judgment, if not defined herein, shall have the meanings and/or definitions given to them in the Stipulation of Settlement ("Stipulation") (Doc. No. 1246-3).

3

1  provision in their annuity contracts (with respect to such a rescinded contract); (ii) the
2  plaintiffs and class members in *Castello v. Allianz Life Ins. Co. of N. Am.,* Case No.
3  MC03-20405 (Hennepin Cty., Minn.); (iii) the plaintiffs and class members in *Iorio v.*
4  *Allianz Life Ins. Co. of North America,* Case No. 05CV633JLS (CAB) (S.D. Cal.) to
5  the extent those claims were extinguished by the Final Judgment and release in that
6  action; (iv) persons who properly opted-out of the Action, whether pursuant to the
7  Special Notice mailed as part of the Settlement Notice Package or earlier; (v) any
8  officer, director, employee or agent of Allianz Life; and (vi) any judge, justice, or
9  judicial official presiding over the Action and the staff and immediate family of any
10 such judge, justice, or judicial official.

11         The Settlement Annuities that are included in the Settlement Class are those
12 annuities described in the Stipulation, some of which are Single-Tier Settlement
13 Annuities and others of which are Two-Tier Settlement Annuities (as defined in the
14 Stipulation).

15         (3)    Venue is proper in this Action;

16         (4)    This Action (including all individual claims and Settlement Class claims
17 presented thereby) is dismissed, with prejudice on the merits, without fees or costs to
18 any party except as provided in the Stipulation and the Court's Order awarding Class
19 Counsel Attorneys' Fees, Class Counsel Expenses, and Service Awards;

20         (5)    The Release set forth in Section IX of the Stipulation is incorporated into
21 this Judgment, and is effective as of the date of the Final Order and this Judgment,
22 forever discharging the Allianz Releasees from any claims or liabilities in accordance
23 with the provisions of Section IX of the Stipulation;

24         (6)    All Settlement Class Members and/or their representatives are barred and
25 enjoined from filing, commencing, prosecuting, maintaining, intervening in,
26 participating in, conducting, or continuing litigation as class members or otherwise, or
27 from receiving any benefits from any lawsuit, administrative, arbitration, remediation
28

1 | or regulatory proceeding or order, or other legal proceeding in any jurisdiction, in
2 | accordance with the provisions of Section IX of the Stipulation;

3 |     (7)    All Settlement Class Members, and all persons in active concert or
4 | participation with any Settlement Class Member, are barred and enjoined from filing,
5 | commencing, or prosecuting a lawsuit, arbitration, remediation or other legal
6 | proceeding as a class action, a separate class, or group for purposes of pursuing a
7 | putative class action (including by seeking to amend a pending complaint to include
8 | class allegations or by seeking class certification in a pending action in any
9 | jurisdiction) on behalf of Settlement Class Members, arising out of, based on, or
10 | relating to the claims, causes of action, facts and/or circumstances relating thereto, in
11 | the Action or the Released Transactions; and

12 |     (8)    All Settlement Class Members, and all persons in active conceit or
13 | participation with any Settlement Class Member, are barred and enjoined from
14 | organizing or soliciting the participation of any Settlement Class Member in a separate
15 | class or group for purposes of pursuing a putative class action, or any claim or lawsuit,
16 | arbitration, remediation or other legal proceeding in any jurisdiction based on, arising
17 | out of, or relating to the claims, causes of action and facts alleged in the Action or the
18 | Released Transactions.

Dated: March 18, 2015

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

5

1006198_1